WWR# 040314862

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>LORI A. TANHOUSER<br>               Debtor<br><br>PSECU<br>               Movant | CASE NO.  18-17370-ref<br>CHAPTER 13<br><br>**Hearing Date: 04/18/2019**<br>**Hearing Time: 9:30 a.m.** |

<u>REQUEST FOR ADMISSIONS</u>

Pursuant to F.R.C.P. 36, Movant hereby requests the following admissions of the Respondent:

1. The Respondent/Debtor, Lori A. Tanhouser, has failed to make the payments that were due to Movant on the dates listed below and in the amounts listed below:

   (a)  One (1) monthly payment of $215.07, due on 11/18/2018.

   (b)  One (1) monthly payment of $215.07, due on 12/18/2018.

   (c)  One (1) monthly payment of $215.07, due on 01/18/2019.

   (d)  One (1) monthly payment of $215.07, due on 02/18/2019.

   (e)  One (1) monthly payment of $215.07, due on 03/18/2019.

    Respectfully Submitted

WELTMAN, WEINBERG & REIS CO., L.P.A.

<u>/s/ Brian Langford</u>
Brian Langford
Weltman, Weinberg & Reis Co., L.P.A.
436 7th Avenue Ste 2500
Pittsburgh, PA 15219
(412) 338-7102
Attorney for Movant