WWR# 040314862

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>LORI A. TANHOUSER<br>　　　　　　　　　Debtor<br><br>PSECU<br>　　　　　　　　　Movant | CASE NO.  18-17370-ref<br>CHAPTER 13<br><br>**Hearing Date: 04/18/2019**<br>**Hearing Time: 9:30 a.m.** |

REQUEST FOR PRODUCTION OF DOCUMENTS

　　　　Pursuant to F.R.C.P. 34, Movant hereby requests that the Debtor produces for inspection by the undersigned attorney for the Movant the following:

1.　　If you deny any or all of the subsections under Movant's Request for admission No. 1:

　　(a)　　Canceled check, receipt, proof of money order, or other documentation evidencing that the payment due on 11/18/2018-03/18/2019, was tendered to Movant.

2.　　Copies of any and all documents, federal and state court opinions (whether published or unpublished), federal guidelines or other applicable statutory or common law bases upon which you rely in denying Plaintiff's Request for Admission Number 1.

　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　WELTMAN, WEINBERG & REIS CO., L.P.A.

　　　　　　　　　　　　　　/s/ Brian Langford
　　　　　　　　　　　　　　Brian Langford
　　　　　　　　　　　　　　Weltman, Weinberg & Reis Co., L.P.A.
　　　　　　　　　　　　　　436 7th Avenue Ste 2500
　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　(412) 338-7102
　　　　　　　　　　　　　　Attorney for Movant