WWR# 040314862

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | | Case No. 18-17370-ref |
| LORI A. TANHOUSER, | Debtor | Chapter 13<br>Related to Document No. 29, 33<br>Hearing Date: 04/18/2019 |
| PSECU | Movant | Hearing Time: 9:30 a.m. |

## STIPULATION RESOLVING MOTION TO FOR RELIEF FROM AUTOMATIC STAY

Now this _____ day of _____, 2019. Upon the Motion of PSECU for Relief from Automatic Stay and the Response filed by the Debtor. Upon statements of counsel, the evidence and law:

This Court FINDS that PSECU, Movant herein, is a creditor of the estate by virtue of a certain Retail Installment Contract with the Debtor, secured by 2012 Dodge Avenger, VIN # 1C3DZBGXN129309. That the Movant has not been adequately protected and that Movant is entitled to the relief prayed for in accordance with the terms set forth herein

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that said relief shall be stayed so long as the Debtor makes each and every regular monthly payment in a timely and complete manner beginning with the 4/18/2019 payment in the amount of $215.07 to PSECU at 1500 Elmerton Ave, Harrisburg, PA 17110. The Debtor must also amend the plan within thirty (30) days of the entry of this Stipulation to cure Movant's arrears totaling $1,981.35 ($1,075.35 arrears payments plus $906.00 attorney fees/cost) through the Debtor's Chapter 13 Plan and remain current. Regular payments are due on 18th of each month.

Should the Debtor default in any payment, notice will be sent to Debtor's Counsel advising of said default. If the default is not cured within 10 days as of the date of the notice, Movant's counsel shall file a Certificate of Default with the Court and a proposed Order requesting final relief from the automatic stay. Movant shall only be required to notify Debtor's Counsel of one default. Any Certificate of default filed with the Court shall indicate that Creditor's counsel has confirmed that no payments have been made to PSECU.

/s/ Brian Langford
Attorney for Movant
Brian Langford
Weltman, Weinberg & Reis, Co. L.P.A.
436 7th Avenue, Suite 2500
Pittsburgh, PA 15219

Honorable Richard E. Fehling
United States Bankruptcy Judge

Attorney for the Debtor
David S. Gellert
David S. Gellert PC
3506 Perkiomen Avenue
Reading, PA 19606

For Trustee Scott Waterman
2901 Sr. Lawrence Ave
Suite 100
Reading, PA 19606