United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lori A. Tanhouser  
     Debtor

Case No. 18-17370-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Apr 10, 2019  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2019.  
db          +Lori A. Tanhouser,    74 Sherman Road,    Birdsboro, PA 19508-8598

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2019 at the address(es) listed below:  
          BRIAN THOMAS LANGFORD    on behalf of Creditor    PSECU PitEcf@weltman.com  
          DAVID S. GELLERT    on behalf of Debtor Lori A. Tanhouser dsgrdg@ptdprolog.net  
          REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency  
           bkgroup@kmllawgroup.com  
          ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT    WATERMAN RRamos-Cardona@fredreiglech13.com  
          SCOTT WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
          WILLIAM MILLER*R    on behalf of Trustee WILLIAM    MILLER*R ecfmail@FredReigleCh13.com,  
           ECF_FRPA@Trustee13.com  
                                                                                                                                          TOTAL: 7

WWR# 040314862

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
  
LORI A. TANHOUSER,  
　　　　　　　　Debtor  
  
PSECU  
　　　　　　　　Movant

Case No. 18-17370-ref

Chapter 13  
Related to Document No. 29, 33  
Hearing Date: 04/18/2019  
Hearing Time: 9:30 a.m.

### STIPULATION RESOLVING MOTION TO FOR RELIEF FROM AUTOMATIC STAY

Now this _____ day of _____, 2019. Upon the Motion of PSECU for Relief from Automatic Stay and the Response filed by the Debtor. Upon statements of counsel, the evidence and law:

This Court FINDS that PSECU, Movant herein, is a creditor of the estate by virtue of a certain Retail Installment Contract with the Debtor, secured by 2012 Dodge Avenger, VIN # 1C3DZBGXN129309. That the Movant has not been adequately protected and that Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that said relief shall be stayed so long as the Debtor makes each and every regular monthly payment in a timely and complete manner beginning with the 4/18/2019 payment in the amount of $215.07 to PSECU at 1500 Elmerton Ave, Harrisburg, PA 17110. The Debtor must also amend the plan within thirty (30) days of the entry of this Stipulation to cure Movant's arrears totaling $1,981.35 ($1,075.35 arrears payments plus $906.00 attorney fees/cost) through the Debtor's Chapter 13 Plan and remain current. Regular payments are due on 18th of each month.

Should the Debtor default in any payment, notice will be sent to Debtor's Counsel advising of said default. If the default is not cured within 10 days as of the date of the notice, Movant's counsel shall file a Certificate of Default with the Court and a proposed Order requesting final relief from the automatic stay. Movant shall only be required to notify Debtor's Counsel of one default. Any Certificate of default filed with the Court shall indicate that Creditor's counsel has confirmed that no payments have been made to PSECU.

**Date: April 10, 2019**

/s/ Brian Langford  
Attorney for Movant  
Brian Langford  
Weltman, Weinberg & Reis, Co. L.P.A.  
436 7th Avenue, Suite 2500  
Pittsburgh, PA 15219

Honorable Richard E. Fehling  
United States Bankruptcy Judge

Attorney for the Debtor  
David S. Gellert  
David S. Gellert PC  
3506 Perkiomen Avenue  
Reading, PA 19606

For Trustee Scott Waterman  
2901 Sr. Lawrence Ave  
Suite 100  
Reading, PA 19606