*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Lori A. Tanhouser
Debtor(s)

Case No: 18−17370−amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Motion to Dismiss Case for Failure to Make Plan Payments
Motion to Dismiss Case; failure to appear filed by Trustee SCOTT F. WATERMAN (Chapter 13)

Hearing Rescheduled from 8/1/19.

on: 9/5/19

at: 10:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  7/29/19

Timothy B. McGrath
Clerk of Court

46 − 27
Form 167