United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-17370-amc
Lori A. Tanhouser                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: BarbaraS            Page 1 of 2            Date Rcvd: Jul 29, 2019
                      Form ID: 152          Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2019.
```
db             +Lori A. Tanhouser,    74 Sherman Road,    Birdsboro, PA 19508-8598
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14247215       +Arcadia Recovery Bureau LLC,    P. O. Box 6768,    Reading, PA 19610-0768
14225797       +Bank of America, N.A.,    655 Papermill Rd.,    Newark, DE 19711-7500
14363342       +Blue Bridge Funding L,    c/o PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14247216       +Convergent Healthcare Recoveries,    121 NE Jefferson St., Ste. 100,    Peoria, IL 61602-1229
14247217       +Credence Resource Management,    P. O. Box 2300,    Southgate, MI 48195-4300
14225799       +Frederic I. Weinberg, Esq.,    Frederic I. Weinberg & Assoc., PC,    375 E. Elm St., Ste. 210,
                 Conshohocken, PA 19428-1973
14247219        I.C. System, Inc.,    P. O. Box 64378,    Saint Paul, MN 55164-0378
14247220        J.M. Winston Radiology & Assoc.,    P. O. Box 536065,    Pittsburgh, PA 15253-5902
14247222        Patient First,    P. O. Box 758941,    Baltimore, MD 21275-8941
14247223       +Penn State Hershey,    P. O. Box 853,    Hershey, PA 17033-0853
14256643       +Pennsylvania Housing Finance Agency,    c/o KML Law Group, P.C.,    701 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-1541
14247224        Pottstown Oral & Maxillofacial,    Surgery Associates, Inc.,    500 Heritage Dr.,
                 Pottstown, PA 19464-3233
14247225        Reading Hospital/Tower Health,    P. O. Box 16051,    Reading, PA 19612-6051
14225803       +Rebecca A. Solarz, Esquire,    KML Law Group, PC,    701 Market St., Ste. 5000,
                 Philadelphia, PA 19106-1541
14247226        Receivables Management Partners,    P. O. Box 349,    Midlothian, VA 23113
14225804       +Richard S. Adams, Jr.,    74 Sherman Road,    Birdsboro, PA 19508-8598
14247227       +St. Joseph Medical Center,    Patient Financial Services,    1643 Lewis Avenue, Suite 203,
                 Billings, MT 59102-4151
14357682        U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 30 2019 03:07:54
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 30 2019 03:08:02      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14225798       +E-mail/Text: dsgrdg@ptdprolog.net Jul 30 2019 03:07:47      David S. Gellert, Esquire,
                 David S. Gellert, P.C.,    3506 Perkiomen Ave.,    Reading, PA 19606-2711
14247218       +E-mail/Text: bknotice@ercbpo.com Jul 30 2019 03:07:59      Enhanced Recovery Company LLC,
                 P. O. Box 57610,    Jacksonville, FL 32241-7610
14247221       +E-mail/Text: Bankruptcies@nragroup.com Jul 30 2019 03:08:17      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
14225802        E-mail/Text: bankruptcynotices@psecu.com Jul 30 2019 03:08:12      PSECU,    P. O. Box 67013,
                 Harrisburg, PA 17106-7013
14258339       +E-mail/Text: blegal@phfa.org Jul 30 2019 03:07:58      Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14225800       +E-mail/Text: blegal@phfa.org Jul 30 2019 03:07:58      Pennsylvania Housing Finance Agency,
                 211 N. Front St.,    P. O. Box 15057,    Harrisburg, PA 17105-5057
14225801        E-mail/Text: blegal@phfa.org Jul 30 2019 03:07:58      Pennsylvania Housing Finance Agency,
                 P. O. Box 15057,    Harrisburg, PA 17105-5057
14247228       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 30 2019 03:07:14
                 Verizon Wireless,    P. O. Box 5029,    Wallingford, CT 06492-7529
                                                                                               TOTAL: 10
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: BarbaraS             Page 2 of 2             Date Rcvd: Jul 29, 2019
                              Form ID: 152               Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 31, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2019 at the address(es) listed below:
              BRIAN THOMAS LANGFORD    on behalf of Creditor    PSECU PitEcf@weltman.com
              DAVID S. GELLERT    on behalf of Debtor Lori A. Tanhouser dsgrdg@ptdprolog.net
              KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com, ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfmail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Lori A. Tanhouser
    Debtor(s)

Case No: 18−17370−amc
Chapter: 13

---

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 9/5/19 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

45
Form 152