# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                :
    LORI A. TANHOUSER          :   Bankruptcy No. 18-17370 AMC
                                  :
    Debtor                        :   Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed, it is further

**ORDERED** that this Court shall retain jurisdiction with respect to the Application for Compensation and Reimbursement of Expenses filed by Debtor's counsel on October 31, 2019.

BY THE COURT:

**Date: November 15, 2019**

_____
Ashely M. Chan
United States Bankruptcy Judge

Interested parties:

Rolando Ramos-Cardona, Esquire
Scott F. Waterman, Esquire
Standing Chatper 13 Trustee
2901 St. Lawrence Avenue, suite 100
Reading, PA 19606

David S. Gellert, Esquire
David S. Gellert, P.C.
3506 Perkiomen Avenue
Reading, PA 19606

Lori A. Tanhouser
74 Sherman Road
Birdsboro, PA 19508