# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|     LORI A. TANHOUSER | : | Bankruptcy No. 18-17370 AMC |
| | : | |
|     Debtor | : | Chapter 13 |

### CERTIFICATION OF NO OBJECTION

AND NOW, this 22nd day of November, 2019, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated October 31, 2019 of the filing of the Application for Compensation and Reimbursement of Expenses.

It is further certified that no other application for administrative expense has been filed.

Dated: November 22, 2019

    s/ David S. Gellert
David S. Gellert, Esquire
David S. Gellert, P.C.
3506 Perkiomen Avenue
Reading, PA 19606
(610) 779-8000
Fax: (610) 370-1393
dsgrdg@ptdprolog.net